IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Hinman Sr, William J<br>Hinman, Patricia M<br>Printed: 02/24/09 | Case Number: 08 B 27299<br>Judge: Goldgar, A. Benjamin<br>Filed: 10/10/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: February 19, 2009
Confirmed: December 23, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,415.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,321.61 |
| Trustee Fee: | | 93.39 |
| Other Funds: | | 0.00 |
| Totals: | 1,415.00 | 1,415.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Dennis G Knipp | Administrative | 2,000.00 | 1,321.61 |
| 2. | Indymac Bank | Secured | 0.00 | 0.00 |
| 3. | CitiMortgage Inc | Secured | 7,848.52 | 0.00 |
| 4. | Indymac Bank | Secured | 42,337.95 | 0.00 |
| 5. | Internal Revenue Service | Priority | 1,204.00 | 0.00 |
| 6. | Illinois Dept of Revenue | Priority | 573.69 | 0.00 |
| 7. | Illinois Dept of Revenue | Unsecured | 8.66 | 0.00 |
| 8. | Chase Bank USA NA | Unsecured | 52.58 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 368.35 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 573.46 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 2,600.59 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 4,154.26 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 3,131.21 | 0.00 |
| 14. | Discover Financial Services | Unsecured | 1,018.03 | 0.00 |
| 15. | GE Money Bank | Unsecured | 17.79 | 0.00 |
| 16. | Bank Of America | Unsecured | | No Claim Filed |
| 17. | Athletico Ltd | Unsecured | | No Claim Filed |
| 18. | Alexian Brothers Medical Center | Unsecured | | No Claim Filed |
| 19. | Carson Pirie Scott & Co | Unsecured | | No Claim Filed |
| 20. | FIA Card Services | Unsecured | | No Claim Filed |
| 21. | Sears | Unsecured | | No Claim Filed |
| 22. | Resurrection Medical | Unsecured | | No Claim Filed |
| 23. | Shell | Unsecured | | No Claim Filed |
| 24. | TCF Bank | Unsecured | | No Claim Filed |
| | | | $ 65,889.09 | $ 1,321.61 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Hinman Sr, William J | Case Number: 08 B 27299 |
| Hinman, Patricia M | Judge: Goldgar, A. Benjamin |
| Printed: 02/24/09 | Filed: 10/10/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 93.39 |
| | $ 93.39 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*